**EDWARD YUN (SBN 258245)**
**SEVAHN SIMONIAN (SBN 301881)**
**YUN & SIMONIAN, PC**
11175 Santa Monica Blvd., Suite 420
Los Angeles, California 90025
Telephone Number: (310) 954-0823
Fax Number: (310) 954-0824
edward@yslegal.com
sevahn@yslegal.com

Attorneys for Plaintiff ELAINE KING

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELAINE KINE<br><br>    Plaintiff,<br><br>    v.<br><br>RAPID RESPONSE MONITORING SERVICES, INC., and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case Number: 5:19-CV-00795<br><br>**PLAINTIFF ELAINE KING'S DEMAND FOR JURY TRIAL** |

Plaintiff Elaine King hereby demands a jury trial in the above-captioned matter.

DATED: May 10, 2019

Respectfully Submitted,
**YUN & SIMONIAN, PC**

By: ___/s/ Edward Yun_____
Edward Yun
Sevahn Simonian
Attorneys for Plaintiff Elaine King

YUN & SIMONIAN, PC
11175 SANTA MONICA BLVD., SUITE 420
LOS ANGELES, CA 90025