**EDWARD YUN (SBN 258245)**
**SEVAHN SIMONIAN (SBN 301881)**
**YUN & SIMONIAN, PC**
11175 Santa Monica Blvd., Suite 420
Los Angeles, California 90025
Telephone Number: (310) 954-0823
Fax Number: (310) 954-0824
edward@yslegal.com
sevahn@yslegal.com

Attorneys for Plaintiff ELAINE KING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE KINE<br><br>     Plaintiff,<br><br>     v.<br><br>RAPID RESPONSE MONITORING SERVICES, INC., and DOES 1 to 100, inclusive,<br><br>     Defendants. | Case Number: 5:19-CV-00795<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Misa Keelan, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Yun and Simonian, PC, 11175 Santa Monica Blvd., Suite 420. Los Angeles, CA 90025. On May 10, 2019, I served a copy of the within document(s).

- PLAINTIFF ELAINE KING'S DEMAND FOR JURY TRIAL

__X__ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

Steven M. Schneider
Irina Constantin
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 10, 2019, at Los Angeles, California.

_____/s/ Misa Keelan_____
Misa Keelan