EDWARD YUN (SBN 258245)
 edward@yslegal.com
SEVAHN SIMONIAN (SBN 301881)
 sevahn@yslegal.com
J. MISA KEELAN (SBN 322129)
 misa@yslegal.com
YUN & SIMONIAN, PC
11175 Santa Monica Boulevard, Ste. 420
Los Angeles, CA 90025
sevahn@yslegal.com

Attorneys for Plaintiff,
Elaine King

STEVEN M. SCHNEIDER (SBN 58241)
 sms@msk.com
YAKUB HAZZARD (SBN 150242)
 yxh@msk.com
IRINA CONSTANTIN (SBN 304523)
 ixc@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant,
Rapid Response Monitoring Services, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**ORDER RE STIPULATED PROTECTIVE ORDER**

11916018.1

| | |
|---|---|
| ELAINE KING, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RAPID RESPONSE MONITORING SERVICES, INC., a New York corporation; and Does 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 5:19-CV-00795-ODW-AGR<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED WITH THE CHANGES MADE BY THE COURT.

Dated: March 31, 2020

*Alicia G. Rosenberg*
The Honorable Alicia G. Rosenberg
United States Magistrate Judge